# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HARMONY HAUS WESTLAKE, L.L.C., et al., | § § § | |
| Plaintiffs and Counter-Defendants, | § § | |
| v. | § § | CIVIL NO. 1-20-CV-486-XR |
| PARKSTONE PROPERTY OWNERS ASSOCIATION, INC., | § § § § | |
| Defendant and Counter-Plaintiff. | § | |

**JUDGMENT**

On this day, after all legal prerequisites have been complied with, the Court considered Defendant's (Parkstone Property Owners Association, Inc.) Motion for Entry of Judgment and other papers on file in this matter. Based on the Court's review of this matter and the Fifth Circuit's decision, the Court finds the evidence establishes the elements necessary for Parkstone's breach of contract claim, request for a permanent injunction, and the other relief granted herein:

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that the Court's Judgment of February 18, 2020 is VACATED,

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the Plaintiffs take nothing,

**IT IS ALSO ORDERED ADJUDGED AND DECREED** that Plaintiffs owe Defendant Parkstone $643.34 from the Bill of Costs approved and ordered by the Fifth Circuit concerning the appeal,

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that the claims of the Defendant for breach of contract with respect to the *Revised and Restated Declaration of Covenants, Conditions and Restrictions Parkstone P.U.D. Phase I Travis County, Texas* filed and recorded in volume 13258, page 0038 on August 31, 1998, in the Real Property Records of Travis County, Texas (the "**Declaration**") are granted and that the Defendant have and recover its reasonable attorneys' fees incurred in the prosecution of its counter-claim for breach of contract (the Declaration) from Zhou and/or Du in the amount of **$6,000** as reasonable and necessary attorney's fees; that in the event of an unsuccessful appeal of this decision by Plaintiff(s) to the Fifth Circuit Court of Appeals that Parkstone be awarded **$8,000** as reasonable and necessary attorneys' fees; that in the event of an unsuccessful appeal of this decision by Plaintiff(s) to the United States Supreme Court that Parkstone be awarded **$5,000** as reasonable and necessary attorneys' fees, and

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that Plaintiffs, their officers, agents, guests, tenants, servants, employees, and attorneys; and all other persons who are in active concert or participation with any of them, are prohibited from:

⇒ Allowing more than six (6) unrelated adults to live in the house on 2015 Real Catorce, Austin, Texas 78746 ("**Residence**") (this number includes any House Manager(s), contractors, or employees);

⇒ Violating or allowing those living in the Residence to violate the noise, nuisance, and other provisions of Parkstone's Declaration or other dedicatory instruments; and

⇒ Parking any vehicle, motorcycle, and/or scooter on the street in the Parkstone community for more than 12 hours in any 24-hour period.

The Residence has off-street parking capacity for eight vehicles utilizing the garage and driveway. Street parking not in compliance with Parkstone's dedicatory instruments is subject to enforcement by Parkstone according to its ordinary standards and policies.

**IT IS ORDERED** that the clerk of this Court shall issue a permanent injunction in conformity with the law and the terms of this Order.

SIGNED on this ____ day of _____ , 2021, at ___:____o'clock ____.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE